**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6302**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICARDO M. SUGGS, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:06-cr-00027-JPB-1)

Submitted:  July 30, 2024                                    Decided:  August 2, 2024

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricardo M. Suggs, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricardo M. Suggs, Jr., appeals the district court's order denying his third motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). Upon review of the record, we conclude the district court did not abuse its discretion by concluding that Suggs failed to satisfy the "extraordinary and compelling reasons" criteria for a sentence reduction established by U.S. Sentencing Guidelines Manual § 1B1.13(b)(6), p.s. (2023), and denying Suggs' motion on that ground. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Suggs*, No. 5:06-cr-00027-JPB-1 (N.D. W. Va. Mar. 8, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*